MICHELE BECKWITH
Acting United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:94-CR-300-TLN |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT AS TO RICARDO GALLEGOS-URIBE AND RECALLING ARREST WARRANT |
| v. | |
| RICARDO GALLEGOS-URIBE, | |
| Defendant. | |

### ORDER

The United States has moved to dismiss the indictment against RICARDO GALLEGOS-URIBE, filed Aug. 25, 1994. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that the indictment against RICARDO GALLEGOS-URIBE is dismissed without prejudice.

SO ORDERED.

Dated: January 28, 2025

_____
Troy L. Nunley
Chief United States District Judge

ORDER DISMISSING INDICTMENT

1